ABNER S. CORIELL, PLAINTIFF IN ERROR, v. THEODORE: R. HODGE, DEFENDANT IN ERROR.

On error to the Supreme Court.   For opinion of that court,. see 15 *Vroom* 456.

For the plaintiff in error, *James J. Bergen.*

For the defendant in error, *R. V. Lindabury.*

PER CURIAM.   The opinion of the Supreme Court is. affirmed, for the reasons given by that court.

*For affirmance*—DEPUE, KNAPP, REED, SCUDDER, VAN. SYCKEL, CLEMENT, COLE, PATERSON, WHITAKER.   9..

*For reversal*—None.